**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kayla Lesse                              CHAPTER 13

<u>Debtor(s)</u>

                                                     BKY. NO. 18-10096 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 Aug 2021, 15:00:51, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322