*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kayla Lesse
    Debtor(s)

Case No: 18−10096−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*TIME ONLY\*
Motion to Modify Plan Filed by Kayla Lesse Represented by DAVID M. OFFEN

on: 10/28/21

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/15/21

Timothy B. McGrath
Clerk of Court

74 − 65
Form 167