United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10096-mdc

Kayla Lesse     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Feb 17, 2022     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Lesse, 6148 Gillespie Street, Philadelphia, PA 19135-3611 |
| 14037048 | + | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14037057 | | Dish Network, Dept. 94063, Palatine, IL 60094-4063 |
| 14037060 | | Manley Deas Kochalski LLC, PO Box 165029, Columbus, OH 43216 |
| 14037063 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14631253 | + | PHFA, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14630916 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2022 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 17 2022 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Feb 17 2022 23:31:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14126634 | | Email/Text: megan.harper@phila.gov | Feb 17 2022 23:31:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14037049 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2022 23:41:42 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14037051 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2022 23:31:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14059663 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 17 2022 23:31:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14037058 | | Email/Text: GCSBankruptcy@gcserv.com | Feb 17 2022 23:31:00 | GC Services, 6330 Gulfton, Houston, TX 77081 |
| 14037059 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2022 23:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14073941 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2022 23:41:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14058187 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 17 2022 23:31:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14037061 | + | Email/Text: bankruptcynotices@psecu.com | Feb 17 2022 23:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14070081 | + | Email/Text: bankruptcynotices@psecu.com | Feb 17 2022 23:31:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14037062 | + | Email/Text: blegal@phfa.org | Feb 17 2022 23:31:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14040063 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14055232 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2022 23:31:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14037064 | | Email/Text: megan.harper@phila.gov | Feb 17 2022 23:31:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14037065 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 17 2022 23:31:00 | Westlake Financial Srvs, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14074585 | + | Email/Text: peritus@ebn.phinsolutions.com | Feb 17 2022 23:31:00 | Westlake Financial Svcs C/O Peritus Portfolio Svcs, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14037050 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14037052 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14037053 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14037054 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14037055 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14037056 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2022     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Kayla Lesse dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf900 | Total Noticed: 26 |

REBECCA ANN SOLARZ
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor PHFA bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KAYLA LESSE

Chapter 13

Debtor

Bankruptcy No. 18-10096-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 17, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
KAYLA LESSE

6148 GILLESPIE STREET

PHILADELPHIA, PA 19135